FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

June 3, 2022

No. 04-21-00568-CV

**EDIFIKA INVESTMENTS, LLC** d/b/a Military Village Apartments,
Appellant

v.

**CHAIN & CHAIN CONSTRUCTION, LLC**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-14175
Honorable Nicole Garza, Judge Presiding

# O R D E R

On May 19, 2022, we ordered appellant to provide written proof to this court showing whether he requested the court reporter to prepare the reporter's record. Appellant has responded, stating he has requested the record from Ms. Tracy Plummer. Appellant also provided proof he paid for the record. We therefore **order** Ms. Plummer to file the reporter's record **by June 21, 2022.**

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of June, 2022.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court